Darlene Maas
*(your name)*
952 Delphinium Dr.
*(your street address)*
Billings, Mt. 59102
*(city, state, zip code)*

_____
*(your phone number)*
Plaintiff Pro Se

CLERK OF THE
DISTRICT COURT
TERRY HALPIN

2019 JUN 5 AM 11 42

FILED
BY _____
DEPUTY

MONTANA Thirteen JUDICIAL DISTRICT COURT,
*(number of district in which your county is located)*
Yellowstone COUNTY
*(name of your county)*

Darlene Maas,

        Plaintiff,

vs. City of Billings, Mt.,
Billings, Mt. Police Dept., Chief Rich
St. John, Capt. Conrad, Officers
Keightley, B. Lange ###, Aguilar ###
Schaff 219, John Doe Defendant.
(unnamed defendants 1-10)

Your Cause No. DV 19-0655

Complaint Ashley Harada

COMES NOW the Plaintiff, Darlene Maas , respectfully states the following: The Billings Police Dept. engaged in an extended baseless, biased course of conduct (with malice.

1. Defamation - responsible for accident when had no accident, referred to as hit+run driver, trespasser, well-known signal 27.

2. Repeated failure and refusal to adhere to State of Montana Law Enforcement Code of Ethics 23.13.203

3. Violation of my Montana Constitutional Rights, Sec. 2,

Complaint                                                                                                                                          Page 1
December 27, 2010

#3) Inalienable Rights, #4) Individual Dignity, #17) Due Process of Law

4. Violation of my U.S. Constitutional Rights, the Bill of Rights, and Amendment 14.

5. ___

THEREFORE the Plaintiff respectfully asks this court to grant the following:

1. Removal of all false, defaming, biased, baseless, discriminatory statements + actions from any + all Billings Police Dept. records of all forms including police reports, databases + city attorneys office. Removal of same from any + all entities including motor vehicle records, CLUE + insurance records, etc.

2. Training + education to the Billings Police Dept. focused on bias, ethics, discrimination + personality characteristics to better learn to identify the real perpetrators of crimes and minimize their manipulation.
(See cont. relief request on following page.)

_(Your signature)_ Darlene Maas
_(Print your name)_ Darlene Maas
_(Date)_ 6-5-2019

Continuation of page 2 - Request for relief

#3) Compensatory and punitive damages as proven in court due to baseless bias and malice and refusal to communicate which resulted in extended & continued harassment, criminal mischief, damage & losses to property, emotional distress and loss of state and federal constitutional rights and freedoms. Additionally, that the City of Billings be responsible for all costs related to this case.

#4) Those responsible for the harassment and criminal mischief to me & my property be held accountable by the Billings Police Dept., just as any other county resident would be.

State of Montana )
County of Yellowstone ) : ss

Darlene Maas, being first duly sworn, upon oath, deposes and says as follows: I am the Plaintiff in the foregoing Complaint. I have read the foregoing Complaint and the facts of the matter contained herein are true, correct and complete to the best of my knowledge and belief.

                                                              Darlene Maas
                                                                  Plaintiff

Signed and sworn to (or affirmed) before me this _____ day of _____, 20____.

Subscribed and sworn to before me this
5th day of June, A.D. 20 19
Terry Halpin, Clerk of District Court
_____
Deputy Clerk for the State of Montana
Yellowstone County
Commission Expires December 31, 2020

(Signature of notary) _____

(Printed name of notary public) _____

Notary public for the state of _____

Residing at: _____

My commission expires: _____