IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DARLENE MAAS,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF BILLINGS, MONTANA; BILLINGS, MONTANA POLICE DEPARTMENT; CHIEF RICH ST. JOHN, CAPTAIN CONRAD, OFFICER KEIGHTLEY, OFFICER LANGE, OFFICER AGUILAR, OFFICER SCHAFF, and JOHN DOES 1-10<br><br>          Defendants. | CV 19-79-BLG-SPW-KLD<br><br>ORDER |

On February 18, 2020, the Court held a telephonic preliminary pretrial conference and issued a pretrial Scheduling Order. (Doc. 25). On February 26, 2020, pro se Plaintiff Darlene Maas filed a "Motion for Reconsideration" of the deadlines and other matters addressed at the preliminary pretrial conference and set forth in the Court's Scheduling Order. (Doc. 26).

Local Rule 7.3(a) provides that "[n]o one may file a motion for reconsideration of an interlocutory order without prior leave of court." Pursuant to Local Rule 7.3(b), a party seeking leave to file a motion for reconsideration must

1

demonstrate at least one of the following: (1) the facts or applicable law are materially different from the facts or applicable law that the parties presented to the court, and despite the exercise of reasonable diligence, the party applying for reconsideration did not know such fact or law before entry of the order; or (2) new material facts arose or a change of law occurred after entry of the order. L.R. 7.3(b)(1) and (2). Plaintiff's motion does not meet either of these requirements. Accordingly,

IT IS ORDERED that Plaintiff's "Motion for Reconsideration" (Doc. 26) is DENIED.

DATED this 26th day of February, 2020

Kathleen L. DeSoto
United States Magistrate Judge