IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DARLENE MAAS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BILLINGS, MONTANA; BILLINGS, MONTANA POLICE DEPARTMENT, CHIEF RICH ST. JOHN, CAPTAIN CONRAD, OFFICER KEIGHTLEY, OFFICER LANGE, OFFICER AGUILAR, OFFICER SCHAFF, and JOHN DOES 1-10,<br><br>Defendants. | CV 19-79-BLG-SPW-KLD<br><br>ORDER |

I hereby recuse myself from all further proceedings in this action and hereby request that the Honorable Brian Morris, Chief Judge, reassign this case.

DATED this 11th day of August, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court