UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DARLENE MAAS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BILLINGS, MONTANA; BILLINGS, MONTANA POLICE DEPARTMENT; CHIEF RICH ST. JOHN, CAPTAIN CONRAD, OFFICER KEIGHTLEY, OFFICER, LANGE, OFFICER AGUILAR,OFFICER SCHAFF, AND JOHN DOES 1-10,, <br><br> Defendant. | Case No. CV-19-79 -BMM-KLD <br><br> JUDGMENT IN A CIVIL CASE |

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Defendants City of Billings, Officer Keightly, Officer Lange, Officer Aguilar, Officer Schaff, Sergeant Conrad, Chief St. John and against plaintiff Darlene Maas as stated in the Courts Order Document E.C.F. 69.

Dated this 23rd day of June, 2021.

                          TYLER P. GILMAN, CLERK

                          By: /s/ E.Hamnes
                          E.Hamnes , Deputy Clerk