UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DARLENE MAAS,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF BILLINGS, MONTANA, MONTANA POLICE BILLINGS DEPARTMENT; CHIEF RICH ST. JOHN, CAPTAIN CONRAD, OFFICER KEIGHTLEY, OFFICER LANGE, OFFICER AGUILAR, OFFICER SCHAFF, AND JOHN DOES 1-10,<br><br>               Defendants. | Case No. CV-19-79 -BLG-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    JUDGMENT IN FAVOR OF DEFENDANT'S AGAINST PLAINTIFF.

    Dated this 20th day of July, 2021.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ A. Carrillo
                                             Deputy Clerk